NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRUCE FLEMING,**
*Petitioner*

**v.**

**DEPARTMENT OF THE NAVY,**
*Respondent*

---

2024-1557

---

Petition for review of the Merit Systems Protection Board in No. PH-0752-18-0457-I-1.

---

## JUDGMENT

---

JASON EHRENBERG, Holon Law Partners, New York, NY, argued for petitioner.

LIRIDONA SINANI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by ELIZABETH MARIE HOSFORD, PATRICIA M. MCCARTHY, BRETT SHUMATE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 14, 2025
Date

Jarrett B. Perlow
Clerk of Court